IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

ROBERT J. HEINITZ and SANDRA L. HEINITZ, on Behalf of Themselves and Others Similarly Situated,

    Plaintiffs,

v.

SETERUS, INC.,

    Defendant.

Case No. 1:1:18-cv-01076-LEK-ATB

## ORDER

This cause came before the Court pursuant to the Notice of Settlement filed on November 30, 2020. In the Notice of Settlement, Plaintiffs advised the Court that the parties have reached an agreement in principle to settle the litigated claims in this action on a class-wide basis, subject to Court approval. And that the Parties are diligently working together to draft and finalize a written settlement agreement and related documents. Plaintiffs will prepare a motion seeking preliminary approval from the Court of the class-wide settlement, which Plaintiffs will endeavor to file by December 17, 2020.

Based on the foregoing, all further proceedings and all pending deadlines in this case are hereby stayed. Plaintiff shall have until December 17, 2020, to file the necessary papers to seek settlement approval or otherwise resolve this Action.

SO ORDERED, this the __30th__ day of __November__, 2020.

_____
Lawrence E. Kahn
Senior U.S. District Judge