IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| ROBERT J. HEINITZ and SANDRA L. HEINITZ, on Behalf of Themselves and Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>SETERUS, INC.,<br><br>      Defendant. | Case No. 1:18-cv-01076-LEK-ATB<br><br>Hon. Lawrence E. Kahn |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Plaintiffs Robert J. Heinitz and Sandra L. Heinitz and Defendant Seterus, Inc. have resolved their dispute to the satisfaction of the parties, and intend to settle their claims together with those other actions identified in the Notice of Pendency of Related Actions (D.E. 23) under the province of the United States District Court for the Middle District of North Carolina by filing an Amended Complaint in *Kenneth Koepplinger et al. v. Seterus, Inc.*, Case No. 1:17-cv-00995-CCE-LPA that encompasses Plaintiffs' and the putative class members claims, and those of the other plaintiffs in the Related Actions.

IT IS HEREBY STIPULATED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

Respectfully submitted this 17th day of December, 2020.

| | |
|---|---|
| */s/ Elmer R. Keach, III*<br>Elmer R. Keach, III (Bar No. 601537)<br>LAW OFFICES of ELMER ROBERT KEACH, III, P.C. | */s/ Philip A. Goldstein*<br>Philip A. Goldstein (Bar No. 514834)<br>MCGUIREWOODS LLP |

One Pine West Plaza, Suite 109
Albany, NY 12205
Tel.: (518) 434-1718
bobkeach@keachlawfirm.com

Scott C. Harris (*pro hac vice*)
Patrick M. Wallace (*pro hac vice*)
WHITFIELD BRYSON LLP
900 W. Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000
scott@wbmllp.com
pat@wbmllp.com

Edward H. Maginnis, Esq. (*pro hac vice*)
MAGINNIS LAW PLLC
4801 Glenwood Avenue, Suite 310
Raleigh, NC 27612
Tel.: (919) 526-0450
emaginnis@maginnislaw.com

*Attorneys for Plaintiffs Robert J. Heinitz and Sandra L. Heinitz*

1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Tel.: (212) 548-2167
pagoldstein@mcguirewoods.com

Brian A. Kahn (*pro hac vice*)
R. Locke Beatty (*pro hac vice*)
Abigail A. Golden (*pro hac vice*)
MCGUIREWOODS LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Tel.: (704) 343-2000
bkahn@mcguirewoods.com
lbeatty@mcguirewoods.com
agolden@mcguirewoods.com

*Attorneys for Defendant Seterus, Inc.*

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated:  December 18, 2020